Angela M. Taylor (SBN 210425)
angelataylor@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:   949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILDA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ONEMAIN FINANCIAL GROUP, LLC, a/k/a ONEMAIN HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:22-cv-00912-TLN-AC<br><br>**ORDER RE STIPULATION FOR BINDING ARBITRATION** |

Based on a review of the Stipulation for Binding Arbitration, sufficient good cause has been shown for the requested relief.  Therefore, the Stipulation is APPROVED as follows:

1. Plaintiff Nilda Garcia ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") shall proceed to arbitration before the American Arbitration Association pursuant to its Consumer Arbitration Rules.

2. The action is stayed as between Plaintiff and Experian, pending completion of the arbitration. The action is not stayed as between Plaintiff and Defendant Trans Union, LLC.

3. Experian's Motion to Compel Arbitration (Dkt. 14) is MOOT.

**IT IS SO ORDERED.**

Dated: August 2, 2022

Troy L. Nunley
United States District Judge